**DEBRA A. DiIORIO**
DiIORIO & HALL, APC
California Bar No. 138018
964 Fifth Avenue, Suite 214
San Diego, California 92101
Telephone: (619) 544-1451
Facsimile: (619) 544-1473

Attorney for Defendant Perez

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HON. WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**RAMIRO PEREZ**,<br><br>Defendant. | ) Case No. 08-CR-0082-WQH<br>)<br>) Date: March10, 2008<br>) Time: 2:00 p.m.<br>)<br>) **NOTICE OF MOTIONS AND**<br>) **MOTIONS TO:**<br>) **1) COMPEL DISCOVERY;AND**<br>) **2) GRANT LEAVE TO FILE**<br>) **FURTHER MOTIONS**<br>)<br>) |

TO: KAREN HEWETT, UNITED STATES ATTORNEY, and
DOUGLAS KEEHN, ASSISTANT UNITED STATES ATTORNEY

PLEASE TAKE NOTICE that on Monday, March 10, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, the defendant, Ramiro Perez, by and through his counsel, Debra A. DiIorio, will move this Court to grant the above-entitled motions.

//

//

//

//

//

//

//

//

//

**MOTIONS**

The defendant, Ramiro Perez, by and through his counsel, Debra A. DiIorio, and pursuant to Rules 6(e), 12, and 16 of the Federal Rules of Criminal Procedure and the Fourth, Fifth and Sixth Amendments to the United States Constitution, and all applicable local rules, hereby moves this court to

1) compel discovery; and

2) grant leave to file further motions

These motions are based upon the attached memorandum, the files and records in the above-captioned matter, and any and all other evidence brought before this court before or during the hearing on this motion.

Respectfully submitted,

Dated: February 4, 2008

/s/ Debra A. DiIorio
**DEBRA A. DiIORIO**
Attorney for Defendant **Perez**