UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**RAMIRO PEREZ,**<br>Defendant. | Criminal No. 08-CR-0082-WQH<br><br>CERTIFICATE OF SERVICE |

I, the undersigned, say:

1. I am over eighteen years of age, a resident of the County of San Diego, State of California, and not a party to the within action;

2. My business address is 964 Fifth Ave., Suite 214, San Diego, California 92101;

3. I served the within **NOTICE OF MOTIONS AND MOTIONS TO COMPEL DISCOVERY; AND LEAVE TO FILE FURTHER MOTIONS; STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTIONS** on opposing counsel by e-filing through the CM/ECF system;

4. A copy was also served on the defendant.

I certify under penalty of perjury that the foregoing is true and correct. Executed on February 4, 2008, at San Diego, California.

/s/ Debra A. DiIorio
Debra A. DiIorio