FILED

JUN 0 9 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. RAMIRO PEREZ, Defendant. | Criminal Case No. 08CR0082-WQH<br>SUPERSEDING INFORMATION<br>Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about November 25, 2007, within the Southern District of California, defendant RAMIRO PEREZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 6/8/09

KAREN P. HEWITT
United States Attorney

STEVEN DE SALVO
Assistant U.S. Attorney