AO 455 (Rev. 5/85) Waiver of Indictment

FILED
JUN 09 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

v.

RAMIRO PEREZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR0082-WQH

I, RAMIRO PEREZ, the above-named defendant, who is accused of committing the following offense:

Illegal Entry ~~Illegal Re-entry After Deportation~~, in violation of Title 8, United States Code, Section 1325, a felony.

Being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on __June 8, 2008_________ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Defense Counsel

Before ______________________
Judicial Officer